COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:                01-14-00483-CR

Style:                       Keith Edward Grimmett

                             **v** The State of Texas

Date motion filed*:          July 14, 2014

Type of motion:              Motion for extension of time to file notice of appeal

Party filing motion:         Appellant

Document to be filed:        Notice of appeal

If motion to extend time:

    Original due date:        April 16, 2014

    Number of extensions granted:    0    Current Due date:  April 16, 2014

    Date Requested:

Ordered that motion is:

    ☐    Granted

        If document is to be filed, document due:

        ☐    No further extensions of time will be granted

    ☑    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    **Appellant was sentenced on March 17, 2014, and he did not file a motion for new trial. Appellant's motion for extension of time to file his notice of appeal was therefore due no later than May 1, 2014. *See* TEX. R. APP. P. 26.2(a), 26.3; *see also Olivo v. State*, 918 S.W.2d 519, 523. Appellant filed the motion on July 14, 2014. Accordingly, the motion is denied.**

Judge's signature: /s/ Sherry Radack

        ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: August 7, 2014

November 7, 2008 Revision